IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAWNA REICHERT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3026 |
| | ) | |
| v. | ) | |
| | ) | |
| VILLAGE OF GREELEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon the joint oral stipulation of counsel,

IT IS ORDERED,

1. The prior order setting case on an accelerated schedule, filing 5, is withdrawn.

2. The clerk shall send the normal scheduling letter to counsel forthwith.

DATED this 5th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge