IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAWNA REICHERT, | ) | Case No. 4:06CV3026 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| VILLAGE OF GREELEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the defendant's Motion for Extension of Time to file a Reply Brief in response to the plaintiff's Brief in Opposition to the defendant's Motion to Dismiss. The defendant seeks an extension to May 8, 2006, to file a Reply Brief and the plaintiff has no objection to the Motion for Extension.

**IT IS ORDERED:**

1. The defendant's Motion for Extension (filing 18) is granted.

2. The defendant shall have until May 8, 2006, to file a Reply Brief in response to the plaintiff's Brief in Opposition to the defendant's Motion to Dismiss.

Dated this 28th day of April, 2006.

BY THE COURT

s/ *Richard G. Kopf*
United States District Judge