IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAWNA REICHERT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3026 |
| | ) | |
| v. | ) | |
| | ) | |
| VILLAGE OF GREELEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's Notice of Withdrawal, filing 33, construed as a motion to withdraw attorney is granted and Nancy A. Wood is withdrawn as attorney for defendant.

DATED this 19th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge